UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA COWLEY DAVIS, JONATHAN DAVIS,

    Plaintiffs,

v.

AWA COLLECTIONS, et al.,

    Defendants.
_____/

Case No. 1:22-cv-483

Hon. Hala Y. Jarbou

## ORDER

On July 17, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Southwest Credit Systems, LP ("SWC")'s motion to dismiss for failure to state a claim (ECF No. 17). (*See* R&R, ECF No. 25.)  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant SWC's motion to dismiss for failure to state a claim (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant SWC is **DISMISSED**.

Dated: August 4, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE